```
 1  BRENDAN CONROY Bar No. 114726                    FILED
    Attorney at Law
 2  255 Kansas St. Ste. 340                         DEC 2 1 2007
    San Francisco, CA 94103
 3  Telephone: 415-565-9600                       RICHARD W. WIEKING
                                                CLERK U.S. DISTRICT COURT,
 4  Attorney for DOMINGO TAMAYO, JR.            NORTHERN DISTRICT OF CALIFORNIA
 5
 6
                        UNITED STATES DISTRICT COURT
 7
                      NORTHERN DISTRICT OF CALIFORNIA
 8
                           SAN FRANCISCO DIVISION
 9
10
    UNITED STATES OF AMERICA,              NO. CR 06-0647-CRB
11
              Plaintiff,                   STIPULATION AND [PROPOSED]
12                                         ORDER MODIFYING RELEASE
         v.                                CONDITIONS
13
    DOMINGO TAMAYO, JR., et al,
14
              Defendants.
15  _____/
```

16    The government and defendant DOMINGO TAMAYO, JR. (hereinafter
17 Tamayo) hereby stipulate and agree to the following modification of
18 his release conditions. This modification request is made with the
19 knowledge and concurrence of Victoria Gibson of Pretrial Services
20 and Timothy Lucey, Assistant United States Attorney.

21    1. Tamayo will reside at his family home at 2627 Canterbury
22 Drive in Santa Rosa, California under the supervision of Pretrial
23 Services. The condition of release requiring Tamayo to reside at
24 the New Bridge program in Berkeley, California is deleted. All
25 other conditions will remain the same, with the additional
26 requirement that Tamayo attend outpatient counseling and submit to
27
28                                   1

1 | drug testing.
2 | Date  11/2/07
3 |
4 | _____
5 | BRENDAN CONROY
  | Attorney for DOMINGO TAMAYO, JR.
6 |
7 |
8 | _____
  | TIMOTHY LUCEY
9 | Assistant United States Attorney
10 | IT IS SO ORDERED.
11 | Dated: 12-21-07
12 |
13 |                                    _____
14 |                                    HON. MARIA-ELENA JAMES
                                        United States Magistrate Judge

2